UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20512-GAYLES/LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRENARIS BRANDEN MCKENZIE,

    Defendant.
    _____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Defendant Trenaris Branden McKenzie's Motion to Suppress (the "Motion"). [ECF No. 33]. The Court referred the Motion to Magistrate Judge Lauren F. Louis pursuant to 28 U.S.C. § 636(b)(1)(B) for a Report and Recommendation. [ECF No. 36]. On October 10, 2025, Judge Louis issued her written Report and Recommendations (the "Report") which recommended that the Motion be denied. [ECF No. 50]. Defendant filed timely objections to the Report, [ECF No. 53], and the Government filed a response to the objections, [ECF No. 56].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters,*

*L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has conducted a *de novo* review of the record and agrees with Judge Louis's well-reasoned analysis and finding that the Motion should be denied. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1)   The Report and Recommendation, [ECF No. 50], is **ADOPTED in FULL**; and

(2)   Defendant Trenaris Branden McKenzie's Motion to Suppress, [ECF No. 41], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of December, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE